IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| CEDRIC ALEXANDER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 99-J-1103-W |
| | ) | |
| WARDEN EDDIE NAGLE, et al, | ) | |
| | ) | |
| Respondent(s). | ) | |

**MEMORANDUM OPINION**

ENTERED
APR - 3 2001

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.[2]

DONE, this ___3___ day of April, 2001.

INGE P. JOHNSON,
UNITED STATES DISTRICT JUDGE

---

[1] The court, however, makes this correction. In the first page of the report it is stated that the Eleventh Circuit Court of Appeals affirmed the petitioner's conviction and sentence on September 27, 1996. It was the Alabama Court of Criminal Appeals which affirmed the conviction and sentence on September 27, 1996, not the Eleventh Circuit.

[2] A copy of the report and recommendation was mailed to the petitioner at the last address he provided the court. That mailing was returned as undeliverable.